537 U.S. 988
 ARZAGA-MURUATO
v.
UNITED STATES (Reported below: 45 Fed. Appx. 322);
CABALLERO-BANDA
v.
UNITED STATES (45 Fed. Appx. 322);
CALVARIO-CERNAS
v.
UNITED STATES (45 Fed. Appx. 322);
GALAN-GARCIA
v.
UNITED STATES (45 Fed. Appx. 322);
CARDENAS-GONZALEZ
v.
UNITED STATES (45 Fed. Appx. 321);
GOMEZ-ANDRADE, AKA SALINAS-FLORES
v.
UNITED STATES (45 Fed. Appx. 321);
LOZOYA-ROMERO
v.
UNITED STATES (45 Fed. Appx. 321);
MARTINEZ-ULLOA, AKA MARTINEZ-ZULLOA, AKA MARTINEZ-VENEZUELA
v.
UNITED STATES (45 Fed. Appx. 322);
RIOS-FLORES
v.
UNITED STATES (45 Fed. Appx. 322);
ROSALES-GARCIA, AKA SANCHEZ, AKA GONZALEZ-ROSALES
v.
UNITED STATES (45 Fed. Appx. 321); and
RUEDA-SAENZ, AKA EZQUIEL-SAENZ
v.
UNITED STATES (45 Fed. Appx. 322).
 No. 02-6509.
 Supreme Court of United States.
 October 21, 2002.
 
 1
 CERTIORARI TO THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT.
 
 
 2
 C. A. 5th Cir. Certiorari denied.